1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11 | CELSA BARRERA,                                | Case No. 2:19-CV-08869-MAA

12 |                          Plaintiff,

13 |              v.                               | **JUDGMENT**

14 | ANDREW M. SAUL, Commissioner
15 | of Social Security,

16 |                          Defendant.

17

18      In accordance with the Memorandum Decision and Order Reversing Decision

19 of the Commissioner and Remanding for Further Administrative Proceedings filed

20 herewith,

21      IT IS HEREBY ADJUDGED that the decision of the Commissioner of

22 Social Security is reversed and this matter is remanded for further administrative

23 proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

24

25 DATED: December 8, 2020

26                                          MARIA A. AUDERO
                                   UNITED STATES MAGISTRATE JUDGE
27

28